UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Raymond Romano, | ) | CASE NO.  4:21CV994 |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Lordstown Motors Corp., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| | ) | |

Pursuant to Local Rule 3/1(b)(4) and with the agreement of both the transferor and

transferee judges, the above-captioned case is transferred to the docket of Chief Judge Patricia A.

Gaughan, United States District Court for the Northern District of Ohio as related to case

4:21CV616.

IT IS SO ORDERED.

Date: May 18, 2021         s/John R. Adams
                          Judge John R. Adams
                          U.S. District Judge

                           s/Patricia A. Gaughan
                          Chief Judge Patricia A. Gaughan
                          U.S. District Judge